UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                        Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                        Defendants.

24-CV-1754 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

    Plaintiff Quandell Hickman, who is appearing *pro se* and is presently incarcerated in the Sing Sing Correctional Facility, filed this action seeking damages relief under 42 U.S.C. § 1983 and state law for alleged violations of his rights on February 2, 2024, during his detention at the Eric M. Taylor Center (EMTC) on Rikers Island.  By order dated March 12, 2024 (ECF No. 4), the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

    By order dated May 28, 2024, the Court granted Plaintiff leave to amend his complaint. (ECF No. 7).  Plaintiff filed an amended complaint on June 17, 2024.  (ECF No. 8).  The Court entered an Order of Service on defendants City of New York, Captain Wells, and Correction Officers Hagigal, Beormodox, Charles, Seargent, and Castello on July 17, 2024.  (ECF No. 11). The Court requested that these defendants waive service of summons.

    The Court further ordered, pursuant to *Valentin v. Dinkins*, that the New York City Law Department identify John Doe ESU officer(s) described in the complaint.  (ECF No. 11).  The Court gave leave to Plaintiff to file a second amended complaint upon receiving the name of the John Doe officer(s).  (*Id.*).

    The New York Law Department subsequently identified two John Doe officers as current DOC employees.  (ECF No. 22).  Accordingly, the Court ordered Plaintiff to file the Second

Amended Complaint naming the two identified officers as defendants, and for service to be effectuated upon those officers pursuant to the electronic request for a waiver of service. (ECF No. 23).

On December 17, 2024, the Court granted Plaintiff an extension of time, until January 31, 2025, to file the Second Amended Complaint. (ECF No. 31). On January 7, 2025, Plaintiff submitted to the Pro Se Intake Office the Second Amended Complaint, naming as defendants Officer Steven Arriola and Officer Luis Castellanos. (ECF No. 33).

Defendants shall have until **March 3, 2025**, to answer or respond to the Second Amended Complaint.

SO ORDERED.

Dated: February 3, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge