UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUANDELL HICKMAN,

                Plaintiff,

      -v-                                        24-CV-01754 (JAV)

                                       ORDER
CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated July 16, 2025, ECF No. 38, the parties were required to file a joint letter, the contents of which are described therein, by August 20, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 2, 2025, at 5:00pm**.

      SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                                  JEANNETTE A. VARGAS
                                                  United States District Judge