UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

QUANDELL HICKMAN,                     :

                   :

            Plaintiff,        :

                   :            24-CV-01754 (JAV)

      -v-                 :

                   :            <u>ORDER</u>

CITY OF NEW YORK, et al.,       :

                   :

           Defendants.     :

                   :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has submitted a letter to the Court indicating that, notwithstanding the Court's

order of September 3, 2025, requiring Defendants to provide any video footage of the incidents

described in the Complaint to Plaintiff by October 3, 2025, he has yet to receive the video

footage.  ECF No. 42.  Defendants shall submit their response to Plaintiff's letter by December

29, 2026.

      SO ORDERED.

Dated:  December 22, 2025
        New York, New York                _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge