UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
QUANDELL HICKMAN,                                                       :
                                                                        :
                              Plaintiff,                                :
                                                                        :          24-CV-01754 (JAV)
              -v-                                                       :
                                                                        :              ORDER
CITY OF NEW YORK, et al.,                                               :
                                                                        :
                                                                        :
                              Defendants.                               :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to the Court's June 5 Order, ECF No. 56, the City was required to file an

updated Civil Case Management Plan, the contents of which are described therein, by June 12,

2026.  To date, the City has not filed the updated Civil Case Management Plan.  As a courtesy,

that deadline is hereby EXTENDED, *nunc pro tunc*, to June 22, 2026.

        SO ORDERED.

Dated:  June 18, 2026                        _____
        New York, New York                        JEANNETTE A. VARGAS
                                                   United States District Judge