UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                   :
QUANDELL HICKMAN,                                  :
                                                   :
                              Plaintiff,           :
                                                   :            24-CV-01754 (JAV)
          -v-                                      :
                                                   :            ORDER
CITY OF NEW YORK, et al.,                          :
                                                   :
                              Defendants.          :
                                                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Defendants' motion for an extension of time to submit the declaration required by the

Court's June 5, 2026 Order is GRANTED.  The declaration shall be due on June 28, 2026.

The Clerk of Court is directed to terminate ECF No. 58.


SO ORDERED.

Dated: June 25, 2026
       New York, New York                   _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge