THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**MAMOON SALEEMI**
*Assistant Corporation Counsel*
Tel.: (212) 356-2384
Fax: (212) 356-3509
msaleemi@law.nyc.gov

**MEMO ENDORSED**

July 10, 2026

**VIA ECF**
Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: July 24, 2026

Re: Quandell Hickman v. City of New York, et al.,
24 Civ. 1754 (JAV)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants Captain Wells, Officer Hagigal, Officer Arriola, and Officer Castellanos (collectively, "Defendants"). Defendants respectfully request a two-week extension, until July 27, 2026, to provide the status update currently due on July 13, 2026, regarding the City's efforts to facilitate Plaintiff's supervised access to his phone..

Since the Court directed the City to provide a further status update by July 13, 2026, the undersigned was assigned on short notice to serve as trial counsel in another federal matter with trial scheduled to begin on July 13, 2026, which has required substantial trial preparation. As a result, counsel has not yet been able to complete the coordination among the Department of Correction, the Department of Investigation, Sing Sing Correctional Facility, and Plaintiff necessary to provide the requested status update.

Accordingly, Defendants respectfully request that the Court extend the deadline to provide the status update from July 13, 2026, to July 27, 2026. Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Mamoon Saleemi*
Mamoon Saleemi
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA FIRST CLASS MAIL**
Quandell Hickman
*Plaintiff Pro Se*
DIN#24R1948
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562